[No. 28893-5-III.   Division Three.   October 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM ELLERY RICKMAN JR., *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 09-1-00023-2, William D. Acey, J., entered March 19, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 29030-1-III.   Division Three.   October 13, 2011.]

*In the Matter of the Personal Restraint of* MARIBEL GOMEZ, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 66007-1-I.   Division One.   October 17, 2011.]

ANDREW APRIKYAN, *Appellant*, v. MARK EMMERT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-14242-8, Joan E. DuBuque, J., entered August 13, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 67166-9-I.   Division One.   October 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMANTHA VALERIE MASSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02853-4, Rosanne Buckner, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler and Lau, JJ.